# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Phillip G. Morris**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:15-cv-00157-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin**,** | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2016 Order.

February 5, 2016

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court